AMERICAN FIDELITY COMPANY v. Edward H. KERR, No. 25-78

February 10, 1978. The motion of American Fidelity Company for extraordinary relief is dismissed.

WILSON CAMERA COMPANY, INC., et al. v. Gilbert G. GODNICK, et al., No. 104-77

February 13, 1978. Appeal dismissed.

Roger BELIVEAU, et al. v. BOARD OF LISTERS and Board of Civil Authority OF TOWN OF TROY, Appellants, No. 345-77

February 13, 1978. Appeal dismissed.

IN RE William WELLS, No. 307-77

February 14, 1978. Appellant to make appropriate motion under V.R.A.P. 10(b)(1) to the Windsor Superior Court on or before February 28, 1978; otherwise the appeal will be dismissed.

Erwin W. WINOT v. Elizabeth O. WINOT, No. 64-77

February 17, 1978. There being no final judgment below adjudicating all of the claims of the parties, under V.R.C.P. 54(b), the appeal is dismissed for lack of jurisdiction, absent compliance with V.R.A.P. 5, and the cause is remanded.

Byron KELLY v. Wilmer D. RHODES and Dorothea E. Rhodes, No. 174-77

March 2, 1978. There being no final judgment below adjudicating all of the claims of the parties, under V.R.C.P. 54(b), the appeal is dismissed for lack of jurisdiction, absent compliance with V.R.A.P. 5, and the cause is remanded. *Gerdel v. Gerdel*, 132 Vt. 58, 65, 313 A.2d 8 (1973).

Joanne Jean BUSHIKA v. Charles R. BUSHIKA, No. 321-76

March 15, 1978. Appeal dismissed for failure to comply with Progress Order of February 7, 1978.

Fernand O. BOLDUC and Jeanne A. Bolduc v. VALLEY HOUSE, INC., A Domestic Corporation, State of Vermont Department of Taxes, and United States of America, No. 121-77

March 15, 1978. Motion for Enlargement of Time denied. Appeal dismissed for failure to comply with progress order of February 7, 1978.